IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COURTNEY BROWN, ADRIAN TISDALE, GINA GORDON WASHINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHEAST MORTGAGE OF GEORGIA, INC., DAVID DITTIRRO, CAL HAUPT,<br><br>    Defendants. | Civil Action No.<br><br> 1:11-cv-02273-JEC<br><br>JURY TRIAL DEMANDED |

## **VOLUNTARY DISMISSAL**

COMES NOW, Plaintiffs, by and through undersigned counsel, and dismisses their claims against SOUTHEAST MORTGAGE OF GEORGIA, INC., DAVID DITTIRRO, CAL HAUPT.

Respectfully submitted this 11th day of August, 2011.

s/Amanda A. Farahany<br>
Amanda A. Farahany<br>
Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309
(404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COURTNEY BROWN, ADRIAN TISDALE, GINA GORDON WASHINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>SOUTHEAST MORTGAGE OF GEORGIA, INC., DAVID DITTIRRO, CAL HAUPT,<br><br>    Defendants.<br>_____ | Civil Action No.<br><br>1:11-cv-02273-JEC<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Paul E. Andrew, Esq.
> Andrew, Merritt, Reilly & Smith
> Seven Lumpkin Street
> Lawrenceville, GA  30046

This 11th day of August, 2011.

> s/Amanda A. Farahany
> Amanda A. Farahany
> Georgia Bar No. 646135

BARRETT & FARAHANY, LLP
1100 Peachtree Street
Suite 500
Atlanta, GA 30309